**APPENDIX A TO 9-25-2023 COMPLAINT**

OPEN COMMUNITIES AND ELIZABETH RICHARDSON

v.

HARBOR GROUP MANAGEMENT CO., LLC, HARBOR GROUP MANAGEMENT CO, LLC, et al.

*HGMC/PERQ PROPERTIES INVESTIGATED BY OPEN COMMUNITIES*

| | **Property Name** | **Property Address** | **Ownership** | **Entity Name & Registered Agent** | **Principal Address and/or Mailing Address** | **Mgmt. Co. and Website on Investigation Date** | **Investigation Date** |
|---|---|---|---|---|---|---|---|
| 1 | Northgate Crossing, Wheeling, Illinois | 200 Hudson Ct, Wheeling, IL 60090 | Azure Partners LLC (business and utility transactions with Village of Wheeling, IL)<br>Silver Northgate LLC<br>Azure Northgate LLC | Silver Northgate LLC<br>c/o NATIONAL REGISTERED AGENTS, INC.<br>208 SO LASALLE ST, SUITE 814<br>CHICAGO, IL 60604-1101<br><br>Azure Northgate LLC<br>c/o C T CORPORATION SYSTEM<br>208 SO LASALLE ST, SUITE 814<br>CHICAGO, IL 60604-1101 | Silver Northgate LLC<br>160 GREENTREE DR., STE 101<br>DOVER,DE 199040000<br><br>Azure Northgate LLC<br>900 THIRD AVE., FL 22<br>NEW YORK,NY 10022 | HGMC | 8/24/2023 |
| 2 | The Oaks of Vernon Hills, Vernon Hills, IL | 103 Oak Leaf Ln, Vernon Hills, IL 60061 | AZURE VERNON HILLS LP<br>RHR OAKS VERNON HILLS LLC | Azure Vernon Hills LP<br>RHR Oaks Vernon Hills LLC<br>c/o C T CORPORATION SYSTEM<br>208 SO LASALLE ST, SUITE 814<br>CHICAGO, IL 60604-1101 | 900 THIRD AVE., FL 22<br>NEW YORK, NY 10022 | HGMC | 5/11/2023 |
| 3 | The Mansion, Independence, Missouri | 2905 Lee's Summit Rd, Independence, MO 64055 | Mansion Gardens, LP | Mansion Gardens, LP<br>c/o C T CORPORATION SYSTEM<br>120 S CENTRAL AVE<br>Clayton, MO 63105 | 999 WATERSIDE DRIVE, SUITE 2300<br>NORFOLK, VA 23510 | HGMC | 8/10/2023 |
| 4 | Timber Lakes Apartment Homes, Kansas City, Missouri | 11201 Montgall Ave Kansas City, MO 64137 | Red Bridge Gardens LP and Harbor Group International LLC | Red Bridge Gardens LP<br>C T CORPORATION SYSTEM<br>120 S CENTRAL AVE<br>Clayton, MO 63105 | 999 WATERSIDE DRIVE, SUITE 2300<br>NORFOLK, VA 23510 | HGMC | 8/10/2023 |

**APPENDIX A TO 9-25-2023 COMPLAINT**

OPEN COMMUNITIES AND ELIZABETH RICHARDSON

v.

HARBOR GROUP MANAGEMENT CO., LLC, HARBOR GROUP MANAGEMENT CO, LLC, et al.

*HGMC/PERQ PROPERTIES INVESTIGATED BY OPEN COMMUNITIES*

| | Property Name | Property Address | Ownership | Entity Name & Registered Agent | Principal Address and/or Mailing Address | Mgmt. Co. and Website on Investigation Date | Investigation Date |
|---|---|---|---|---|---|---|---|
| 5 | The Fairways Apartment Homes, Lee's Summit, Missouri | 3460 NE Akin Blvd, Lee's Summit, MO 64064 | FAIRWAYS AT LAKEWOOD GARDENS LP | The Fairways at Lakewood LP<br>c/o C T CORPORATION SYSTEM<br>120 S CENTRAL AVE<br>Clayton, MO 63105 | 999 WATERSIDE DRIVE, SUITE 2300<br>NORFOLK, VA 23510 | HGMC | 8/10/2023 |
| 6 | Braddock Lee Apartments, Alexandria, Virginia | 2423 Menokin Dr Apt 11, Alexandria, VA 22302 | HOME PROPERTIES BRADDOCK LEE LLC n/k/a BRADDOCK LEE OWNER, LLC (as of 2017) | Braddock Lee Owner, LLC<br>c/o C T CORPORATION SYSTEM<br>4701 Cox Rd Ste 285<br>Glen Allen, VA, 23060 - 6808 | 999 WATERSIDE DRIVE, SUITE 2300<br>NORFOLK, VA 23510 | HGMC | 8/3/2023 |
| 7 | Woodway at Trinity Centre, Centreville, Virginia | 5751 Wood Meadow Way, Centreville, VA 20120 | Woodway Gardens LLC | Woodway Gardens LLC<br>c/o C T CORPORATION SYSTEM<br>4701 Cox Rd Ste 285, Glen Allen, VA, 23060 - 6808 | 999 WATERSIDE DRIVE, SUITE 2300<br>NORFOLK, VA 23510 | HGMC | 8/3/2023 |
| 8 | The Samuel, Hampton, Virginia | 2 Tradewinds Quay, Hampton, VA 23666 | SAMUEL GARDENS LP | Samuel Gardens, LP<br>c/o C T CORPORATION SYSTEM<br>4701 Cox Rd Ste 285, Glen Allen, VA, 23060 - 6808, USA | 999 WATERSIDE DRIVE, SUITE 2300<br>NORFOLK, VA 23510 | HGMC | 8/3/2023 |
| 9 | Dulles Greene, Herndon, Virginia | 2150 Astoria Cir, Herndon, VA 20170 | DULLES GREENE GARDENS, LLC | Dulles Greene Gardens, LLC<br>c/o C T CORPORATION SYSTEM<br>4701 Cox Rd Ste 285, Glen Allen, VA, 23060 - 6808, USA | 999 WATERSIDE DRIVE, SUITE 2300<br>NORFOLK, VA 23510 | HGMC | DULLES GREENE GARDENS LLC |
| 10 | West Springfield Terrace, Springfield, Virginia | 8525 Burling Wood Dr, Springfield, VA 22152 | WEST SPRINGFIELD GARDENS, LLC | West Springfield Gardens, LLC<br>c/o C T CORPORATION SYSTEM<br>4701 Cox Rd Ste 285, Glen Allen, VA, 23060 - 6808, USA | 999 WATERSIDE DRIVE, SUITE 2300<br>NORFOLK, VA 23510 | HGMC | 8/3/2023 |

**APPENDIX A TO 9-25-2023 COMPLAINT**

OPEN COMMUNITIES AND ELIZABETH RICHARDSON

v.

HARBOR GROUP MANAGEMENT CO., LLC, HARBOR GROUP MANAGEMENT CO, LLC, et al.

*HGMC/PERQ PROPERTIES INVESTIGATED BY OPEN COMMUNITIES*

| | **Property Name** | **Property Address** | **Ownership** | **Entity Name & Registered Agent** | **Principal Address and/or Mailing Address** | **Mgmt. Co. and Website on Investigation Date** | **Investigation Date** |
|---|---|---|---|---|---|---|---|
| 11 | The Yard at Pencoyd Landing, Bala Cynwyd, Pennsylvania | 600 Righters Ferry Rd, Bala Cynwyd, PA 19004 | ROYAL ATHENA GARDENS LP EIGHTEEN REALTY ROYAL ATHENA LLC ET AL | Royal Athena Gardens, LP<br>Eighteen Realty Royal Athena, LLC<br>c/o CT Corporation System<br>600 N 2nd St #401<br>Harrisburg, PA 17101 | | HGMC | 8/10/2023 |
| 12 | Vista at Town Green, Elmsford, NY | 500 Town Green Dr, Elmsford, NY 10523 | AZURE HGI ELMSFORD GARDENS, L.P. | Azure HGI Elmsford Gardens, L.P.<br>c/o C T CORPORATION SYSTEM<br>28 LIBERTY ST., NEW YORK, NY 10005 | 28 LIBERTY ST.<br>NEW YORK, NY 10005 | HGMC | 8/3/2023 |
| 13 | Skyline New Rochelle, New Rochelle, NY | 40 Memorial Hwy, New Rochelle, NY 10801 | HGI NEW ROCHELLE GARDENS, LP<br>Industrial Development | HGI New Rochelle Gardens, LP<br>c/o C T CORPORATION SYSTEM<br>28 LIBERTY ST., NEW YORK, NY 10005<br><br>Industrial Development Group LLC<br>c/o THE LLC<br>121 EAST 3RD STREET, MOUNT VERNON, NY 10550 | Not listed | HGMC | 8/3/2023 |
| 14 | The Henry Apartments, Pomona, NY | 1 Crystal Hill Dr, Pomona, NY 10970 | HENRY GARDENS APARTMENTS, L.P. | Henry Gardens Apartments, L.P.<br>c/o C T CORPORATION SYSTEM<br>28 LIBERTY ST., NEW YORK, NY, UNITED STATES, 10005 | Not listed | HGMC | 8/3/2023 |

**APPENDIX A TO 9-25-2023 COMPLAINT**

OPEN COMMUNITIES AND ELIZABETH RICHARDSON

v.

HARBOR GROUP MANAGEMENT CO., LLC, HARBOR GROUP MANAGEMENT CO, LLC, et al.

*HGMC/PERQ PROPERTIES INVESTIGATED BY OPEN COMMUNITIES*

| | **Property Name** | **Property Address** | **Ownership** | **Entity Name & Registered Agent** | **Principal Address and/or Mailing Address** | **Mgmt. Co. and Website on Investigation Date** | **Investigation Date** |
|---|---|---|---|---|---|---|---|
| 15 | The Royal Belmont, Belmont, MA | 375 Acorn Park Dr, Belmont, MA 02478 | Azure HGI Belmont LP<br>Prospect Royal Belmont, LLC<br>NBH & BJB Royal Belmont, LLC<br>2101 Royal Belmont, LLC<br>Riverside Royal Belmont, LLC, et al. | Azure HGI Belmont LP<br>Prospect Royal Belmont, LLC<br>NBH & BJB Royal Belmont, LLC<br>2101 Royal Belmont, LLC<br>Riverside Royal Belmont, LLC<br>c/o CT CORPORATION SYSTEM<br>155 FEDERAL ST. SUITE 700<br>BOSTON, MA 02110 | 999 WATERSIDE DRIVE, SUITE 2300<br>NORFOLK, VA 23510 | HGMC | 8/10/2023 |
| 16 | Garden Crest Apartments, Waltham, MA | 20 Middlesex Circle, Waltham, MA 02452 | Gardencrest Gardens, LLC | Gardencrest Gardens, LLC<br>c/o C T CORPORATION SYSTEM<br>155 FEDERAL STREET STE 700<br>BOSTON, MA 02110 | 999 WATERSIDE DRIVE, SUITE 2300<br>NORFOLK, VA 23510 | HGMC | 8/10/2023 |
| 17 | Regency Place, Wilmington, MA | 7000 Horseshoe Ln, Wilmington, MA 01887 | REGENCY PLACE GARDENS LP | Regency Place Gardens, LP<br>c/o CT CORPORATION SYSTEM<br>155 FEDERAL STREET, SUITE 700<br>BOSTON, MA 02110 | 999 WATERSIDE DRIVE, SUITE 2300<br>NORFOLK, VA 23510 | HGMC | 8/10/2023 |
| 18 | Howard Crossing Apartment Homes, Ellicott City, MD | 8732 Town & Country Blvd, Ellicott City, MD 21043 | HOME PROPERTIES HOWARD CROSSING LLC - changed name to Howard Crossing Gardens, LLC in 2017 | Howard Crossing Gardens, LLC<br>c/o THE CORPORATION TRUST, INCORPORATED<br>2405 YORK ROAD, SUITE 201<br>LUTHERVILLE TIMONIUM MD 21093-2264 | HOWARD CROSSING GARDENS, LLC<br>HARBOR GROUP MANAGEMENT CO.<br>999 WATERSIDE DR, SUITE 2300<br>NORFOLK VA 23510 | HGMC | 8/9/2023 |

**APPENDIX A TO 9-25-2023 COMPLAINT**

OPEN COMMUNITIES AND ELIZABETH RICHARDSON

v.

HARBOR GROUP MANAGEMENT CO., LLC, HARBOR GROUP MANAGEMENT CO, LLC, et al.

*HGMC/PERQ PROPERTIES INVESTIGATED BY OPEN COMMUNITIES*

| | Property Name | Property Address | Ownership | Entity Name & Registered Agent | Principal Address and/or Mailing Address | Mgmt. Co. and Website on Investigation Date | Investigation Date |
|---|---|---|---|---|---|---|---|
| 19 | Palette at Arts District, Hyattsville, MD | 5501 45th Ave, Hyattsville, MD 20781 | PALETTE GARDENS LP<br>PROSPECT PALETTE LLC | Palette Gardens LP<br>Prospect Palette LLC<br>c/o THE CORPORATION TRUST INCORPORATED<br>2405 YORK ROAD, SUITE 201<br>LUTHERVILLE TIMONIUM MD 21093-2264 | 999 WATERSIDE DRIVE, SUITE 2300<br>NORFOLK VA 23510 | HGMC | 8/9/2023 |
| 20 | Everly, Largo, MD | 97 Capital Ct, Largo, MD 20774 | EVERLY GARDENS ASSOCIATES LP<br>UNITED EVERLY LLC | United Everly LLC<br>Everly Gardens Associates LP<br>c/o THE CORPORATION TRUST INCORPORATED<br>2405 YORK ROAD, SUITE 201<br>LUTHERVILLE TIMONIUM MD 21093-2264 | 999 WATERSIDE DRIVE, SUITE 2300<br>NORFOLK VA 23510 | HGMC | 8/9/2023 |
| 21 | Cinnamon Run at Peppertree Farm, Silver Spring, MD | 14120 Weeping Willow Dr, Silver Spring, MD 20906 | ARTEL ASSOCIATES LLC k/n/a Pepper Tree Gardens I, LLC<br>(name change 2017) | Pepper Tree Gardens I, LLC<br>c/o THE CORPORATION TRUST INCORPORATED<br>2405 YORK ROAD, SUITE 201<br>LUTHERVILLE TIMONIUM MD 21093-2264 | 999 WATERSIDE DRIVE, SUITE 2300<br>NORFOLK VA 23510 | HGMC | 8/9/2023 |
| 22 | Aurella Cary, Cary NC | 101 Harlon Dr, Cary, NC 27511 | AURELLA CARY GARDENS LP | Aurella Cary Gardens, LP<br>c/o CT Corporation System<br>160 Mine Lake Ct Ste 200<br>Raleigh, NC 27615 | 999 Waterside Drive Ste 2300<br>Norfolk, VA 23510 | HGMC | 8/3/2023 |
| 23 | Harlowe, Charlotte, NC | 10900 Point South Dr, Charlotte, NC 28273 | HARLOWE GARDENS LP | Harlowe Gardens, LP<br>160 Mine Lake Ct Ste 200<br>Raleigh, NC 27615 | 999 Waterside Drive Suite 2300<br>Norfolk, VA 23510 | HGMC | 8/3/2023 |

**APPENDIX A TO 9-25-2023 COMPLAINT**

OPEN COMMUNITIES AND ELIZABETH RICHARDSON

v.

HARBOR GROUP MANAGEMENT CO., LLC, HARBOR GROUP MANAGEMENT CO, LLC, et al.

*HGMC/PERQ PROPERTIES INVESTIGATED BY OPEN COMMUNITIES*

| | Property Name | Property Address | Ownership | Entity Name & Registered Agent | Principal Address and/or Mailing Address | Mgmt. Co. and Website on Investigation Date | Investigation Date |
|---|---|---|---|---|---|---|---|
| 24 | Andover Woods Apartments, Charlotte, NC | 7808 Andover Woods Dr, Charlotte, NC 28210 | ANDOVER WOODS GARDENS LP | Andover Woods Gardens, LP<br>160 Mine Lake Ct Ste 200<br>Raleigh, NC 27615 | 999 Waterside Drive Suite 2300<br>Norfolk, VA 23510 | HGMC | 8/10/2023 |
| 25 | Woodlake Reserve, Durham, NC | 1000 Lydias Way, Durham, NC 27713 | WOODLAKE RESERVE GARDENS LP | Woodlake Reserve Gardens, LP<br>160 Mine Lake Ct Ste 200<br>Raleigh, NC 27615 | 999 Waterside Drive Suite 2300<br>Norfolk, VA 23510 | HGMC | 8/3/2023 |
| 26 | Emerald Place, Durham, NC | 4512 Emerald Forest Dr, Durham, NC 27713 | EMERALD PLACE GARDENS LP | Emerald Place Gardens, LP<br>160 Mine Lake Ct Ste 200<br>Raleigh, NC 27615 | 999 Waterside Drive Suite 2300<br>Norfolk, VA 23510 | HGMC | 8/10/2023 |
| 27 | Nova Chapel Hill, Durham, NC | 5639 Old Chapel Hill Rd, Durham, NC 27707 | NOVA CHAPEL HILL GARDENS LP | Nova Chapel Hill Gardens, LP<br>160 Mine Lake Ct Ste 200<br>Raleigh, NC 27615 | 999 Waterside Drive Suite 2300<br>Norfolk, VA 23510 | HGMC | 8/10/2023 |
| 28 | The Forest Apartments, Durham, NC | 800 White Pine Dr, Durham, NC 27705 | FOREST GARDENS LP | Forest Gardens, LP<br>160 Mine Lake Ct Ste 200<br>Raleigh, NC 27615 | 999 Waterside Drive Suite 2300<br>Norfolk, VA 23510 | HGMC | 8/3/2023 |
| 29 | Triangle Place, Durham, NC | 2800 Bainbridge Dr, Durham, NC 27713 | TRIANGLE PLACE GARDENS LP | Triangle Place Gardens, LP<br>160 Mine Lake Ct Ste 200<br>Raleigh, NC 27615 | 999 Waterside Drive Suite 2300<br>Norfolk, VA 23510 | HGMC | 8/10/2023 |
| 30 | 7029 West, Greensboro, NC | 7029 W Friendly Ave, Greensboro, NC 27410 | 7029 WEST GARDENS LP | 7029 West Gardens, LP<br>160 Mine Lake Ct Ste 200<br>Raleigh, NC 27615 | 999 Waterside Drive Suite 2300<br>Norfolk, VA 23510 | HGMC | 8/3/2023 |
| 31 | Residences at West Mint, West Mint, NC | 9610 Stoney Glen Dr, Mint Hill, NC 28227 | WEST MINT GARDENS LP | West Mint Gardens, LP<br>c/o CT Corporation System<br>160 Mine Lake Ct Ste 200<br>Raleigh, NC 27615 | 999 Waterside Drive Ste 2300<br>Norfolk, VA 23510 | HGMC | N |

**APPENDIX A TO 9-25-2023 COMPLAINT**

OPEN COMMUNITIES AND ELIZABETH RICHARDSON

v.

HARBOR GROUP MANAGEMENT CO., LLC, HARBOR GROUP MANAGEMENT CO, LLC, et al.

*HGMC/PERQ PROPERTIES INVESTIGATED BY OPEN COMMUNITIES*

| | **Property Name** | **Property Address** | **Ownership** | **Entity Name & Registered Agent** | **Principal Address and/or Mailing Address** | **Mgmt. Co. and Website on Investigation Date** | **Investigation Date** |
|---|---|---|---|---|---|---|---|
| 32 | Aria North Hills, Raleigh, NC | 6820 Woodbend Dr, Raleigh, NC 27615 | ARIA NORTH HILLS GARDENS LP | Aria North Hills Gardens, LP<br>c/o CT Corporation System<br>160 Mine Lake Ct Ste 200<br>Raleigh, NC 27615 | 999 Waterside Drive Ste 2300<br>Norfolk, VA 23510 | HGMC | 8/3/2023 |
| 33 | Averelle North Hills, Raleigh, NC | 120 Ridgewood Dr, Raleigh, NC 27609 | AVERELLE NORTH HILLS GARDENS LP | Averelle North Hills Gardens, LP<br>c/o CT Corporation System<br>160 Mine Lake Ct Ste 200<br>Raleigh, NC 27615 | 999 Waterside Drive Ste 2300<br>Norfolk, VA 23510 | HGMC | 8/10/2023 |
| 34 | The Corners at Crystal Lake, Winston Salem, NC | 2700 Reynolda Rd, Winston Salem, NC 27106 | CORNERS CRYSTAL LAKE GARDENS LP | Corners Crystal Lake Gardens, LP<br>c/o CT Corporation System<br>160 Mine Lake Ct Ste 200<br>Raleigh, NC 27615 | 999 Waterside Drive Ste 2300<br>Norfolk, VA 23510 | HGMC | 8/10/2023 |
| 35 | Mill Creek Flats, Winston Salem, NC | 5771 Stone Mill Dr, Winston Salem, NC 27105 | MILL CREEK GARDENS LP | Mill Creek Gardens, LP<br>c/o CT Corporation System<br>160 Mine Lake Ct Ste 200<br>Raleigh, NC 27615 | 999 Waterside Drive Ste 2300<br>Norfolk, VA 23510 | HGMC | 8/3/2023 |
| 36 | 200 Braehill, Winston Salem, NC | 200 Braehill Terrace Dr, Winston-Salem, NC 27104 | BRAEHILL GARDENS LP | Braegill Gardens, LP<br>c/o CT Corporation System<br>160 Mine Lake Ct Ste 200<br>Raleigh, NC 27615 | 999 Waterside Drive Ste 2300<br>Norfolk, VA 23510 | HGMC | 8/10/2023 |
| 37 | Avia at North Springs Apartment Homes, Atlanta, GA | 7150 W Peachtree Dunwoody Rd, Atlanta, GA 30328 | DUNWOODY GARDENS LLC | Dunwoody Gardens, LLC<br>C T Corporation System<br>289 S Culver St<br>Lawrenceville, GA, 30046-4805 | 999 Waterside Drive Ste 2300<br>Norfolk, VA 23510 | HGMC | 8/3/2023 |

**APPENDIX A TO 9-25-2023 COMPLAINT**

OPEN COMMUNITIES AND ELIZABETH RICHARDSON

v.

HARBOR GROUP MANAGEMENT CO., LLC, HARBOR GROUP MANAGEMENT CO, LLC, et al.

*HGMC/PERQ PROPERTIES INVESTIGATED BY OPEN COMMUNITIES*

| | Property Name | Property Address | Ownership | Entity Name & Registered Agent | Principal Address and/or Mailing Address | Mgmt. Co. and Website on Investigation Date | Investigation Date |
|---|---|---|---|---|---|---|---|
| 38 | Meadow Springs Apartment, College Park, GA | 6114 Riverdale Rd, College Park, GA 30349 | MEADOW SPRINGS GARDENS LP | Meadow Springs Gardens, LP<br>C T Corporation System<br>289 S Culver St<br>Lawrenceville, GA, 30046-4805 | 999 Waterside Drive Ste 2300<br>Norfolk, VA 23510 | HGMC | 8/3/2023 |
| 39 | Meadow View Apartments, College Park, GA | 6030 Riverdale Rd, College Park, GA 30349 | MEADOW VIEW GARDENS LP | Meadow View Gardens, LP<br>C T Corporation System<br>289 S Culver St<br>Lawrenceville, GA, 30046-4805 | 999 Waterside Drive Ste 2300<br>Norfolk, VA 23510 | HGMC | 8/10/2023 |
| 40 | Peachtree Landing Apartments, Fairburn, GA | 7915 Senoia Rd, Fairburn, GA 30213 | PEACHTREE LANDING GARDENS LP | Peachtree Landing Gardens, LP<br>C T Corporation System<br>289 S Culver St<br>Lawrenceville, GA, 30046-4805 | 999 Waterside Drive Ste 2300<br>Norfolk, VA 23510 | HGMC | 8/3/2023 |
| 41 | Monterey Village Apartments, Jonesboro, GA | 6265 Lee's Mill Rd, Jonesboro, GA 30236 | MONTEREY VILLAGE GARDENS LP | Monterey Village Gardens, LP<br>C T Corporation System<br>289 S Culver St<br>Lawrenceville, GA, 30046-4805 | 999 Waterside Drive Ste 2300<br>Norfolk, VA 23510 | HGMC | 8/3/2023 |
| 42 | Holland Park, Lawrenceville, GA | 1175 McKendree Church Rd, Lawrenceville, GA 30043 | HOLLAND PARK GARDENS LP | Holland Park Gardens, LP<br>C T Corporation System<br>289 S Culver St<br>Lawrenceville, GA, 30046-4805 | 999 Waterside Drive Ste 2300<br>Norfolk, VA 23510 | HGMC | 8/10/2023 |
| 43 | Bellingham Apartment Homes, Marietta, GA | 1625 Roswell Rd, Marietta, GA 30062 | BELLINGHAM GARDENS LP | Bellingham Gardens, LP<br>C T Corporation System<br>289 S Culver St<br>Lawrenceville, GA, 30046-4805 | 999 Waterside Drive Ste 2300<br>Norfolk, VA 23510 | HGMC | 8/10/2023 |

**APPENDIX A TO 9-25-2023 COMPLAINT**

OPEN COMMUNITIES AND ELIZABETH RICHARDSON

v.

HARBOR GROUP MANAGEMENT CO., LLC, HARBOR GROUP MANAGEMENT CO, LLC, et al.

*HGMC/PERQ PROPERTIES INVESTIGATED BY OPEN COMMUNITIES*

| | Property Name | Property Address | Ownership | Entity Name & Registered Agent | Principal Address and/or Mailing Address | Mgmt. Co. and Website on Investigation Date | Investigation Date |
|---|---|---|---|---|---|---|---|
| 44 | Azalea Springs, Marietta, GA | 2010 Roswell Rd, Marietta, GA 30068 | AZALEA SPRINGS GARDENS LP | Azalea Springs Gardens, LP<br>C T Corporation System<br>289 S Culver St<br>Lawrenceville, GA, 30046-4805 | 999 Waterside Drive Ste 2300<br>Norfolk, VA 23510 | HGMC | 8/10/2023 |
| 45 | Amber Chase Apartment Homes, McDonough, GA | 570 McDonough Pkwy, McDonough, GA 30253 | AMBER CHASE GARDENS LP | Amber Chase Gardens, LP<br>C T Corporation System<br>289 S Culver St<br>Lawrenceville, GA, 30046-4805 | 999 Waterside Drive Ste 2300<br>Norfolk, VA 23510 | HGMC | 8/10/2023 |
| 46 | Eastwood Village Apartments, Stockbridge, GA | 3005 Eastwood Village Dr, Stockbridge, GA 30281 | EASTWOOD VILLAGE GARDENS LP | Eastwood Village Gardens, LP<br>C T Corporation System<br>289 S Culver St<br>Lawrenceville, GA, 30046-4805 | 999 Waterside Drive Ste 2300<br>Norfolk, VA 23510 | HGMC | 8/10/2023 |
| 47 | The Heritage at Boca Raton, Boca Raton, FL | 320 W Palmetto Park Rd, Boca Raton, FL 33432 | HERITAGE GARDENS LP<br>100 BOCA HERITAGE LLC<br>MF 2009 HERITAGE LLC<br>RF 7 09 HERITAGE LLC<br>EIGHTEEN REALTY HERITAGE LLC<br>H&R HERITAGE LLC<br>BBF HERITAGE LLC | Heritage Gardens, LP<br>100 Boca Heritage, LLC<br>MF 2009 Heritage, LLC<br>RF 7-09 Heritage, LLC<br>Eighteen Realty Heritage LLC<br>c/o CT CORPORATION SYSTEM<br>1200 SOUTH PINE ISLAND ROAD<br>PLANTATION, FL 33324 | 999 WATERSIDE DR. STE 2300<br>NORFOLK, VA 23510 | HGMC | 8/3/2023 |

**APPENDIX A TO 9-25-2023 COMPLAINT**

OPEN COMMUNITIES AND ELIZABETH RICHARDSON

v.

HARBOR GROUP MANAGEMENT CO., LLC, HARBOR GROUP MANAGEMENT CO, LLC, et al.

*HGMC/PERQ PROPERTIES INVESTIGATED BY OPEN COMMUNITIES*

| | **Property Name** | **Property Address** | **Ownership** | **Entity Name & Registered Agent** | **Principal Address and/or Mailing Address** | **Mgmt. Co. and Website on Investigation Date** | **Investigation Date** |
|---|---|---|---|---|---|---|---|
| 48 | Integra Lakes, Cassellberry, FL | 3160 Integra Lakes Lane, Casselberry, FL 32707 | INTEGRA GARDENS, LLC<br><br>[Current owner: INTEGRA LAKES PROPERTY LLC]<br>*Owned by Harbor Group International at time of investigation* | Integra Gardens, LLC<br>C T CORPORATION SYSTEM<br>1200 SOUTH PINE ISLAND ROAD<br>PLANTATION, FL 33324<br><br>[Curernt owner: Integra Lakes Property, LLC<br>c/o C T CORPORATION SYSTEM<br>1200 SOUTH PINE ISLAND ROAD<br>PLANTATION, FL 33324] | 999 WATERSIDE DR. STE 2300<br>NORFOLK, VA 23510<br>[HGI owned through<br>8-17-23]<br><br>[Current owner: 850<br>MORRISON DR.,<br>STE. 575<br>CHARLESTON, SC 29403] | HGMC | 8/3/2023 |
| 49 | Parkline Miami, Miami, FL | 100 NW 6th St, Miami, FL 33136 | DT RESIDENTIAL NORTH LLC | DT Residential North LLC<br>c/o C T CORPORATION SYSTEM<br>1200 SOUTH PINE ISLAND ROAD<br>PLANTATION, FL 33324 | 999 WATERSIDE DR. STE 2300<br>NORFOLK, VA 23510 | HGMC | 8/3/2023 |
| 50 | 275 Fontaine Parc, Miami, FL | 275 Fontainebleau Blvd, Miami, FL 33172 | 275 FONTAINEBLEAU GARDENS LP<br>TIVOLI 275 FONTAINEBLEAU LLC<br>JGLRT 275 FONTAINEBLEAU LLC<br>19 REALTY 275 FONTAINEBLEAU LLC<br>1075 UNITS 275 FONTAINEBLEAU LLC<br>GS 275 FONTAINEBLEAU LLC<br>FOX 275 FONTAINEBLEAU LLC<br>485 COURT 275 FONATIANEBLEAU LLC<br>VCS 275 FONTAINEBLEAU LLC | 275 Fontainebleau Gardens, LP<br>Tivoli 275 Fontainebleau LLC<br>JGLRT 275 Fontainebleau, LLC<br>19 Realty 275 Fontainebleau, LLC<br>1075 Units 275 Fontainebleau, LLC<br>c/o C T CORPORATION SYSTEM<br>1200 SOUTH PINE ISLAND ROAD<br>PLANTATION, FL 33324 | 999 WATERSIDE DR. STE 2300<br>NORFOLK, VA 23510 | HGMC | 8/10/2023 |

**APPENDIX A TO 9-25-2023 COMPLAINT**

OPEN COMMUNITIES AND ELIZABETH RICHARDSON

v.

HARBOR GROUP MANAGEMENT CO., LLC, HARBOR GROUP MANAGEMENT CO, LLC, et al.

*HGMC/PERQ PROPERTIES INVESTIGATED BY OPEN COMMUNITIES*

| | Property Name | Property Address | Ownership | Entity Name & Registered Agent | Principal Address and/or Mailing Address | Mgmt. Co. and Website on Investigation Date | Investigation Date |
|---|---|---|---|---|---|---|---|
| 51 | Miro Brickwell, Miami, FL | 255 Sw 11th St,<br>Miami, FL 33130 | BRICKELL GARDENS LP<br>201 221 BRICKELL LLC<br>WESTWOOD BRICKELL LLC<br>HARMONY BRICKELL LLC<br>FIREWISH BRICKELL LLC<br>GRC BRICKELL LLC<br>JCRT BRICKELL LLC<br>PROSPECT BRICKELL LLC<br>AP BRICKELL LLC<br>FIRST TOWER BRICKELL LLC<br>NBH AND BJB BRICKELL LLC<br>RIVERSIDE BRICKELL LLC<br>MARINER BRICKELL LLC<br>PARKSIDE BRICKELL LLC<br>DA BRICKELL LLC<br>TRISIB BRICKELL LLC<br>SOUTHAMPTON PARK BRICKELL LLC<br>221 MC BRICKELL LLC<br>WOLFSNARE BRICKELL LLC<br>BROADMOOR BRICKELL LLC<br>37 EAST BRICKELL LLC<br>GFRT BRICKELL LLC<br>DG201 BRICKELL LLC<br>TBJC BRICKELL LLC<br>CORONADO BRICKELL LLC<br>19 REALTY BRICKELL LLC | Brickell Gardens, LP<br>201-221 Brickell, LLC<br>Westwood Brickell, LLC<br>Harmony Brickell, LLC<br>Firewish Brickell, LLC<br>c/o C T CORPORATION SYSTEM<br>1200 SOUTH PINE ISLAND ROAD<br>PLANTATION, FL 33324 | 999 WATERSIDE DR. STE 2300<br>NORFOLK, VA 23510 | HGMC | 8/10/2023 |

**APPENDIX A TO 9-25-2023 COMPLAINT**

OPEN COMMUNITIES AND ELIZABETH RICHARDSON

v.

HARBOR GROUP MANAGEMENT CO., LLC, HARBOR GROUP MANAGEMENT CO, LLC, et al.

*HGMC/PERQ PROPERTIES INVESTIGATED BY OPEN COMMUNITIES*

| | **Property Name** | **Property Address** | **Ownership** | **Entity Name & Registered Agent** | **Principal Address and/or Mailing Address** | **Mgmt. Co. and Website on Investigation Date** | **Investigation Date** |
|---|---|---|---|---|---|---|---|
| 52 | Oak Enclave Apartment Homes, Miami Gardens, FL | 2301 NW 167th Street, Miami Gardens, FL 33056 | AHS AT OAK ENCLAVE LLC n/k/a Oak Enclave, LLC (as of 12/6/2022) | Oak Enclave, LLC<br>c/o C T CORPORATION SYSTEM<br>1200 SOUTH PINE ISLAND ROAD<br>PLANTATION, FL 33324 | 999 WATERSIDE DR. STE 2300<br>NORFOLK, VA 23510 | HGMC | 8/3/2023 |
| 53 | Abaco Key, Orlando, FL | 10712 Mystic Cir, Orlando, FL 32836 | ABACO KEY GARDENS LP | Abaco Key Gardens, LP<br>c/o C T CORPORATION SYSTEM<br>1200 SOUTH PINE ISLAND ROAD<br>PLANTATION, FL 33324 | 999 WATERSIDE DR. STE 2300<br>NORFOLK, VA 23510 | HGMC | 8/3/2023 |
| 54 | Signal Pointe Apartment Homes, Winter Park, FL | 2500 Howell Branch Rd, Winter Park, FL 32792 | SIGNAL POINTE GARDENS LP | Signal Pointe Gardens, LP<br>c/o C T CORPORATION SYSTEM<br>1200 SOUTH PINE ISLAND ROAD<br>PLANTATION, FL 33324 | 999 WATERSIDE DRIVE, SUITE 2300<br>NORFOLK, VA 23510 | HGMC | 8/4/2023 |
| 55 | Arbrook Park Apartment Homes, Arlington, TX | 1401 Nandina Dr, Arlington, TX 76014 | ARBROOK PARK GARDENS LP | Arbrook Park Gardens, LP<br>c/o C T CORPORATION SYSTEM<br>1999 BRYAN ST., STE. 900<br>DALLAS, TX 75201 | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/4/2023 |
| 56 | Mezzo Apartments, Aubrey, TX | 703 FM 1385, Aubrey, TX 76227 | MEZZO GARDENS LP | Mezzo Gardens, LP<br>c/o C T CORPORATION SYSTEM<br>1999 BRYAN ST., STE. 900<br>DALLAS, TX 75201 | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/4/2023 |
| 57 | Vail Quarters, Dallas, TX | 3900 Briargrove Ln, Dallas, TX 75287 | VAIL QUARTERS GARDENS LP | Vail Quarters Gardens, LP<br>c/o C T CORPORATION SYSTEM<br>1999 BRYAN ST., STE. 900<br>DALLAS, TX 75201 | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/4/2023 |

**APPENDIX A TO 9-25-2023 COMPLAINT**

OPEN COMMUNITIES AND ELIZABETH RICHARDSON

v.

HARBOR GROUP MANAGEMENT CO., LLC, HARBOR GROUP MANAGEMENT CO, LLC, et al.

*HGMC/PERQ PROPERTIES INVESTIGATED BY OPEN COMMUNITIES*

| | Property Name | Property Address | Ownership | Entity Name & Registered Agent | Principal Address and/or Mailing Address | Mgmt. Co. and Website on Investigation Date | Investigation Date |
|---|---|---|---|---|---|---|---|
| 58 | 32Hundred Windsor, Denton, TX | 3200 W Windsor Dr, Denton, TX 76207 | 32 HUNDRED WINDSOR GARDENS LP JRM WINDSOR LLC | 32Hundred Windsor Gardens, LP<br>JRM Windsor, LLC<br>c/o C T CORPORATION SYSTEM<br>1999 BRYAN ST., STE. 900<br>DALLAS, TX 75201 | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/4/2023 |
| 59 | 1303 Main, Duncanville, TX | 1303 S Main St, Duncanville, TX 75137 | 1303 MAIN GARDENS LP | 1303 Main Gardens, LP<br>c/o C T CORPORATION SYSTEM<br>1999 BRYAN ST., STE. 900<br>DALLAS, TX 75201 | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/10/2023 |
| 60 | The Lodge at River Park Apartments, Fort Worth, TX | 3101 River Park Dr, Fort Worth, TX 76116 | RIVER PARK GARDENS LP | River Park Gardens, LP<br>c/o C T CORPORATION SYSTEM<br>1999 BRYAN ST., STE. 900<br>DALLAS, TX 75201 | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/4/2023 |
| 61 | Alesio Urban Center, Irving, TX | 385 E Las Colinas Blvd, Irving, TX 75039 | ALESIO GARDEN<br>FIRE WISH<br>DANIELSON | Alesio Gardens, LP<br>Firewish Alesio, LLC<br>Danielson Alesio, LLC<br>c/o C T CORPORATION SYSTEM<br>1999 BRYAN ST., STE. 900<br>DALLAS, TX 75201 | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/4/2023 |
| 62 | Rockbrook Creek Apartments, Lewisville, TX | 2200 Uecker Dr, Lewisville, TX 75067 | ROCKBROOK CREEK GARDENS LP | Rockbrook Creek Gardens, LP<br>c/o C T CORPORATION SYSTEM<br>1999 BRYAN ST., STE. 900<br>DALLAS, TX 75201 | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/4/2023 |

**APPENDIX A TO 9-25-2023 COMPLAINT**

OPEN COMMUNITIES AND ELIZABETH RICHARDSON

v.

HARBOR GROUP MANAGEMENT CO., LLC, HARBOR GROUP MANAGEMENT CO, LLC, et al.

*HGMC/PERQ PROPERTIES INVESTIGATED BY OPEN COMMUNITIES*

| | Property Name | Property Address | Ownership | Entity Name & Registered Agent | Principal Address and/or Mailing Address | Mgmt. Co. and Website on Investigation Date | Investigation Date |
|---|---|---|---|---|---|---|---|
| 63 | Lane at Towne Crossing, Mesquite, TX | 4035 Towne Crossing Blvd, Mesquite, TX 75150 | 4035 TOWNE CROSSING GARDENS | 4035 Towne Crossing Gardens, LP c/o C T CORPORATION SYSTEM 1999 BRYAN ST., STE. 900 DALLAS, TX 75201 | 999 WATERSIDE DR STE 2300 NORFOLK, VA 23510-3324 | HGMC | 8/4/2023 |
| 64 | The Fairway Apartment Homes, Plano, TX | 1705 Coit Rd, Plano, TX 75075 | FAIRWAY GARDENS LP | Fairway Gardens, LP c/o C T CORPORATION SYSTEM 1999 BRYAN ST., STE. 900 DALLAS, TX 75201 | 999 WATERSIDE DR STE 2300 NORFOLK, VA 23510-3324 | HGMC | 8/4/2023 |
| 65 | Somerset at Spring Creek, Plano, TX | 3801 W Spring Creek, Plano, TX 75023 | SPRING CREEK GARDENS LP | Spring Creek Gardens, LP c/o C T CORPORATION SYSTEM 1999 BRYAN ST., STE. 900 DALLAS, TX 75201 | 999 WATERSIDE DR STE 2300 NORFOLK, VA 23510-3324 | HGMC | 8/10/2023 |
| 66 | Reserve at Pebble Creek, Plano, TX | 3800 Pebble Creek CT, Plano, TX 75023 | PEBBLE CREEK GARDENS LP | Pebble Creek Gardens, LP c/o C T CORPORATION SYSTEM 1999 BRYAN ST., STE. 900 DALLAS, TX 75201 | 999 WATERSIDE DR STE 2300 NORFOLK, VA 23510-3324 | HGMC | 8/10/2023 |
| 67 | Linden Ranch, Sachse, TX | 4300 Ranchero Dr, Sachse, TX 75048 | LINDEN RANCH GARDENS LP | Linden Ranch Gardens, LP c/o C T CORPORATION SYSTEM 1999 BRYAN ST., STE. 900 DALLAS, TX 75201 | 999 WATERSIDE DR STE 2300 NORFOLK, VA 23510-3324 | HGMC | 8/4/2023 |
| 68 | Linden at the Rim, San Antonio, TX | 15022 Vance Jackson Rd, San Antonio, TX 78249 | LINDEN RIM GARDENS LP ET AL | Linden Rim Gardens, LP c/o C T CORPORATION SYSTEM 1999 BRYAN ST., STE. 900 DALLAS, TX 75201 | 999 WATERSIDE DR STE 2300 NORFOLK, VA 23510-3324 | HGMC | 8/4/2023 |

**APPENDIX A TO 9-25-2023 COMPLAINT**

OPEN COMMUNITIES AND ELIZABETH RICHARDSON

v.

HARBOR GROUP MANAGEMENT CO., LLC, HARBOR GROUP MANAGEMENT CO, LLC, et al.

*HGMC/PERQ PROPERTIES INVESTIGATED BY OPEN COMMUNITIES*

| | Property Name | Property Address | Ownership | Entity Name & Registered Agent | Principal Address and/or Mailing Address | Mgmt. Co. and Website on Investigation Date | Investigation Date |
|---|---|---|---|---|---|---|---|
| 69 | The Clara Apartments, San Antonio, TX | 10707 W Interstate 10, San Antonio, TX 78230 | CLARA SA GARDENS LP<br>CMRC CLARA SA LLC<br>RGT CLARA SA LLC ETAL | Clara SA Gardens, LP<br>CMRC Clara SA, LLC<br>RGT Clara SA, LLC<br>c/o C T CORPORATION SYSTEM<br>1999 BRYAN ST., STE. 900<br>DALLAS, TX 75201 | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/10/2023 |
| 70 | The Maxwell, San Antonio, TX | 1431 Cable Ranch Rd, San Antonio, TX 78245 | CABLE RANCH GARDENS LP | Cable Ranch Gardens, LP<br>c/o C T CORPORATION SYSTEM<br>1999 BRYAN ST., STE. 900<br>DALLAS, TX 75201 | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/10/2023 |
| 71 | Spice Creek, San Antonio, TX | 8802 Cinnamon Creek Dr, San Antonio, TX 78240 | CINNAMON CREEK GARDENS LP<br>CMRC CINNAMON CREEK LLC ETAL | Cinnamon Creek Gardens, LP<br>CMRC Cinnamon Creek, LLC<br>c/o C T CORPORATION SYSTEM<br>1999 BRYAN ST., STE. 900<br>DALLAS, TX 75201 | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/10/2023 |
| 72 | Foundations at River Crest + Lions Head Apartments, Sugarland, TX | 1700 Rivercrest Dr, Sugar Land, TX 77478 | RIVER CREST GARDENS LP | River Crest Gardens, LP<br>c/o C T CORPORATION SYSTEM<br>1999 BRYAN ST., STE. 900<br>DALLAS, TX 75201 | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/4/2023 |
| 73 | Foundations at Austin Colony Apartments, Sugarland, TX | 1800 Austin Pkwy, Sugar Land, TX 77479 | AUSTIN COLONY GARDENS LP | Austin Colony Gardens, LP<br>c/o C T CORPORATION SYSTEM<br>1999 BRYAN ST., STE. 900<br>DALLAS, TX 75201 | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/10/2023 |

**APPENDIX A TO 9-25-2023 COMPLAINT**

OPEN COMMUNITIES AND ELIZABETH RICHARDSON

v.

HARBOR GROUP MANAGEMENT CO., LLC, HARBOR GROUP MANAGEMENT CO, LLC, et al.

*HGMC/PERQ PROPERTIES INVESTIGATED BY OPEN COMMUNITIES*

| | Property Name | Property Address | Ownership | Entity Name & Registered Agent | Principal Address and/or Mailing Address | Mgmt. Co. and Website on Investigation Date | Investigation Date |
|---|---|---|---|---|---|---|---|
| 74 | Foundations at Edgewater Apartments, Sugarland, TX | 2222 Settlers Way Blvd, Sugar Land, TX 77478 | EDGEWATER GARDENS LP | Edgewater Gardens, LP<br>c/o C T CORPORATION SYSTEM<br>1999 BRYAN ST., STE. 900<br>DALLAS, TX 75201 | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/10/2023 |
| 75 | Regency at First Colony Apartments, Sugarland, TX | 225 Fluor Daniel Dr, Sugar Land, TX 77479 | FIRST COLONY GARDENS LP | First Colony Gardens, LP<br>c/o C T CORPORATION SYSTEM<br>1999 BRYAN ST., STE. 900<br>DALLAS, TX 75201 | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/10/2023 |
| 76 | Arvada Village Apartment Homes, Arvada Colorado | 5839 Pierce St, Arvada, CO 80003 | ARVADA VILLAGE GARDENS | Arvada Village Gardens, LP<br>c/o C T Corporation System<br>7700 E ARAPAHOE RD STE 220 CENTENNIAL, CO 80112-1268 | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/9/2023 |
| 77 | Arvada Green Apartment Homes, Arvada, Colorado | 7569 W 72nd Ave, Arvada, CO 80003 | ARVADA GREEN GARDENS LP | Arvada Green Gardens, LP<br>c/o C T Corporation System<br>7700 E ARAPAHOE RD STE 220 CENTENNIAL, CO 80112-1268 | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/9/2023 |
| 78 | Waterfield Court Apartment Homes, Aurora, Colorado | 3499 S Uravan Way, Aurora, CO 80013 | WATERFIELD COURT APARTMENTS | Waterfield Court Gardens, LP<br>c/o C T Corporation System<br>7700 E ARAPAHOE RD STE 220 CENTENNIAL, CO 80112-1268 | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/9/2023 |
| 79 | Ten 30 and 49 Apartments, Broomfield, Colorado | 1030 E 10th Ave, Broomfield, CO 80020 | TEN 30 GARDENS LP | Ten 30 Gardens, LP<br>c/o C T Corporation System<br>7700 E ARAPAHOE RD STE 220 CENTENNIAL, CO 80112-1268 | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/9/2023 |

**APPENDIX A TO 9-25-2023 COMPLAINT**

OPEN COMMUNITIES AND ELIZABETH RICHARDSON

v.

HARBOR GROUP MANAGEMENT CO., LLC, HARBOR GROUP MANAGEMENT CO, LLC, et al.

*HGMC/PERQ PROPERTIES INVESTIGATED BY OPEN COMMUNITIES*

| | Property Name | Property Address | Ownership | Entity Name & Registered Agent | Principal Address and/or Mailing Address | Mgmt. Co. and Website on Investigation Date | Investigation Date |
|---|---|---|---|---|---|---|---|
| 80 | Santana Ridge, Denver, Colorado | 1355 S Galena St, Denver, CO 80247 | SANTANA RIDGE APARTMENTS | Santana Ridge Gardens, LP<br>c/o C T Corporation System<br>7700 E ARAPAHOE RD STE 220 CENTENNIAL, CO 80112-1268 | 999 WATERSIDE DR STE 2300 NORFOLK, VA 23510-3324 | HGMC | 8/9/2023 |
| 81 | Hampden Heights Apartments, Denver, Colorado | 8405 E Hampden Ave, Denver, CO 80231 | HAMPDEN HEIGHTS GARDENS LP | Hampden Heights Gardens, LP<br>c/o C T Corporation System<br>7700 E ARAPAHOE RD STE 220 CENTENNIAL, CO 80112-1268 | 999 WATERSIDE DR STE 2300 NORFOLK, VA 23510-3324 | HGMC | 8/9/2023 |
| 82 | Skyline, Thornton, Colorado | 8849 Pearl St, Thornton, CO 80229 | SKYLINE GARDENS LP | Skyline Gardens, LP<br>c/o C T Corporation System<br>7700 E ARAPAHOE RD STE 220 CENTENNIAL, CO 80112-1268 | 999 WATERSIDE DR STE 2300 NORFOLK, VA 23510-3324 | HGMC | 8/9/2023 |
| 83 | Capri on Camelback, Phoenix, AZ | 5115 N 40th St, Phoenix, AZ 85018 | CAPRI CAMELBACK GARDENS LP | Capri Camelback Gardens, LP<br>c/o C T CORPORAYION SYSTEM<br>3800 NORTH CENTRAL AVENUE, SUITE 460 PHOENIX, Arizona 85012 | 999 WATERSIDE DR STE 2300 NORFOLK, VA 23510-3324 | HGMC | 8/9/2023 |
| 84 | 505 West Apartment Homes, Tempe, AZ | 505 W Baseline Rd, Tempe, AZ 85283 | 505 WEST GARDENS LP | 505 West Gardens, LP<br>c/o C T CORPORAYION SYSTEM<br>3800 NORTH CENTRAL AVENUE, SUITE 460 PHOENIX, Arizona 85012 | 999 WATERSIDE DR STE 2300 NORFOLK, VA 23510-3324 | HGMC | 8/9/2023 |

**APPENDIX A TO 9-25-2023 COMPLAINT**

OPEN COMMUNITIES AND ELIZABETH RICHARDSON

v.

HARBOR GROUP MANAGEMENT CO., LLC, HARBOR GROUP MANAGEMENT CO, LLC, et al.

*HGMC/PERQ PROPERTIES INVESTIGATED BY OPEN COMMUNITIES*

| | Property Name | Property Address | Ownership | Entity Name & Registered Agent | Principal Address and/or Mailing Address | Mgmt. Co. and Website on Investigation Date | Investigation Date |
|---|---|---|---|---|---|---|---|
| 85 | The Heights at Grand Terrace, Grand Terrace, CA | 22491 De Berry St, Grand Terrace, CA 92313 | GRAND TERRACE GARDENS LP DERONDA GRAND TERRACE LLC | Grand Terrace Gardens, LP Deronda Grand Terrace, LLC c/o 1505 Corporation C T CORPORATION SYSTEM AMANDA GARCIA 330 N BRAND BLVD GLENDALE, CA | 999 WATERSIDE DR STE 2300 NORFOLK, VA 23510-3324 | HGMC | 8/4/2023 |
| 86 | The Alamitos, Long Beach, CA | 101 Alamitos Ave, Long Beach, CA 90802 | ALAMITOS GARDENS, LP | Alamitos Gardens, LP c/o 1505 Corporation C T CORPORATION SYSTEM AMANDA GARCIA 330 N BRAND BLVD GLENDALE, CA | 999 WATERSIDE DR STE 2300 NORFOLK, VA 23510-3324 | HGMC | 8/4/2023 |
| 87 | The Linden, Long Beach, CA | 434 E 4th St, Long Beach, CA 90802 | LONG BEACH GARDENS LP | Long Beach Gardens, LP c/o 1505 Corporation C T CORPORATION SYSTEM AMANDA GARCIA 330 N BRAND BLVD GLENDALE, CA | 999 WATERSIDE DR STE 2300 NORFOLK, VA 23510-3324 | HGMC | 8/10/2023 |
| 88 | The Pacific, Long Beach, CA | 230 W 3rd St, Long Beach, CA 90802 | PACIFIC GARDENS, LP | Pacific Gardens, LP c/o 1505 Corporation C T CORPORATION SYSTEM AMANDA GARCIA 330 N BRAND BLVD GLENDALE, CA | 999 WATERSIDE DR STE 2300 NORFOLK, VA 23510-3324 | HGMC | 8/10/2023 |

**APPENDIX A TO 9-25-2023 COMPLAINT**

OPEN COMMUNITIES AND ELIZABETH RICHARDSON

v.

HARBOR GROUP MANAGEMENT CO., LLC, HARBOR GROUP MANAGEMENT CO, LLC, et al.

*HGMC/PERQ PROPERTIES INVESTIGATED BY OPEN COMMUNITIES*

| | Property Name | Property Address | Ownership | Entity Name & Registered Agent | Principal Address and/or Mailing Address | Mgmt. Co. and Website on Investigation Date | Investigation Date |
|---|---|---|---|---|---|---|---|
| 89 | The Vermont, Long Beach, CA | 3150 Wilshire Blvd, Los Angeles, CA 90010 | VERMONT CA GARDENS, LP | Vermont CA Gardens, LP<br>c/o 1505 Corporation<br>C T CORPORATION SYSTEM<br>AMANDA GARCIA<br>330 N BRAND BLVD<br>GLENDALE, CA | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/4/2023 |
| 90 | The Olive Ridge Resort, Pomona, CA | 2261 Valley Blvd, Pomona, CA 91768 | OLIVE RIDGE GARDENS, LP | Olive Ridge Gardens, LP<br>c/o 1505 Corporation<br>C T CORPORATION SYSTEM<br>AMANDA GARCIA<br>330 N BRAND BLVD<br>GLENDALE, CA | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/4/2023 |
| 91 | Array Vista Canyon, Santa Clarita, CA | 17350 Humphreys Pkwy, Santa Clarita, CA 91387 | AZURE HGI VISTA CANYON, LP | Azure HGI Vista Canyon<br>c/o 1505 Corporation<br>C T CORPORATION SYSTEM<br>AMANDA GARCIA<br>330 N BRAND BLVD<br>GLENDALE, CA | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/4/2023 |
| 92 | Alcove at Sea Hurst Apartment Homes, Burien, WA | 14001 Ambaum Blvd Sw, Burien, WA 98166 | ALCOVE GARDENS LP<br>YS ALCOV | Alcove Gardens, LP<br>YS Alcove, LLC<br>c/o C T CORPORATION SYSTEM<br>711 CAPITOL WAY S STE 204, OLYMPIA, WA, 98501-1267 | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/9/2023 |

**APPENDIX A TO 9-25-2023 COMPLAINT**

OPEN COMMUNITIES AND ELIZABETH RICHARDSON

v.

HARBOR GROUP MANAGEMENT CO., LLC, HARBOR GROUP MANAGEMENT CO, LLC, et al.

*HGMC/PERQ PROPERTIES INVESTIGATED BY OPEN COMMUNITIES*

| | Property Name | Property Address | Ownership | Entity Name & Registered Agent | Principal Address and/or Mailing Address | Mgmt. Co. and Website on Investigation Date | Investigation Date |
|---|---|---|---|---|---|---|---|
| 93 | Chandler's Bay Apartments, Kent, WA | 1020 Central Ave N, Kent, WA 98032 | CHANDLERS BAY GARDENS LP+LF | Chandlers Bay Gardens, LP<br>c/o C T CORPORATION SYSTEM<br>711 CAPITOL WAY S STE 204, OLYMPIA, WA, 98501-1267 | 999 WATERSIDE DR STE 2300<br>NORFOLK, VA 23510-3324 | HGMC | 8/9/2023 |
| 94 *1 | The Villas & St Andrews at Little Turtle, Westerville, Ohio | 5450 Firewater Ln Westerville, OH 43081 | | | | HGMC | |
| 95 | Frazer Crossing, Malvern, Pennsylvania | 1086 W King Rd, Malvern, PA 19355 | | | | HGMC | 8/10/2023 |
| 96 | Golf Club Apartments, West Chester, Pennsylvania | 1100 W Chester Pike, West Chester, PA 19382 | | | | HGMC | 8/10/2023 |
| 97 | Riverbend on the Charles, Watertown, MA | 270 Pleasant St, Watertown, MA 02472 | BVF-III Riverbend, L.L.C. - | BVF-III Riverbend, L.L.C.<br>c/o CORPORATION SERVICE COMPANY<br>84 STATE STREET<br>BOSTON, MA 02109 USA | ONE BEACON ST., SUITE 2400<br>BOSTON, MA 02108 | HGMC | 8/10/2023 |
| 97 | The Grove Somerset, Somerset, NJ | 500 Bristol Blvd, Somerset, NJ 08873 | | | | HGMC | |

**APPENDIX A TO 9-25-2023 COMPLAINT**

OPEN COMMUNITIES AND ELIZABETH RICHARDSON

v.

HARBOR GROUP MANAGEMENT CO., LLC, HARBOR GROUP MANAGEMENT CO, LLC, et al.

*HGMC/PERQ PROPERTIES INVESTIGATED BY OPEN COMMUNITIES*

| | Property Name | Property Address | Ownership | Entity Name & Registered Agent | Principal Address and/or Mailing Address | Mgmt. Co. and Website on Investigation Date | Investigation Date |
|---|---|---|---|---|---|---|---|
| 98 | The Hamptons at Town Center Apartment Homes, Germantown, MD | 19757 Crystal Rock Dr, Germantown, MD 20874 | AHC HAMPTONS LIMITED PARTNERSHIP | AHC Hamptons Limited Partnership<br>c/o CSC-LAWYERS INCORPORATING SERVICE COMPANY<br>7 ST. PAUL STREET, SUITE 820<br>BALTIMORE MD 21202 | 2230 N FAIRFAX DRIVE, SUITE 100<br>ARLINGTON VA 2220 | HGMC | 8/9/2023 |
| 99 | Walden Pond, Houston, TX | 12850 Whittington Dr, Houston, TX 77077 | ARAGON 2013 WALDEN POND LLC | Aragon 2013/Walden Pond, LLC<br>CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCO<br>211 E. 7TH STREET SUITE 620 AUSTIN, TX 78701 | 800 BRAZOS ST STE 400<br>AUSTIN, TX 78701-2548 | HGMC | 8/4/2023 |

*1 HGMC-managed properties 94 - 99 are under continued investigation as to ownership entities.